UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-0916 FMO (CWx) | Date | May 21, 2014 |
|---|---|---|---|
| Title | Keith McComb v. Sam's International, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Failure to Comply with Court's Order of April 21, 2014

On April 21, 2014, the court issued an order ("Court's Order of April 21, 2014") stating that in the event defendant Sam's International, Inc. ("defendant") did not retain counsel and file a notice of appearance by May 12, 2014, plaintiff Keith McComb ("plaintiff") was to file a motion for clerk's entry of default no later than May 19, 2014. As of the date of this Order, defendant has not retained counsel, and plaintiff has not filed a motion for clerk's entry of default.

Accordingly, IT IS ORDERED that plaintiff shall, no later than **May 27, 2014**, comply with the Court's Order of April 21, 2014, and file the appropriate motion. Failure to comply with this Order may result in the action being dismissed for failure to prosecute and/or comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |